Buffalo. No opinion. Judgment affirmed, with costs. See opinion of Green, J., delivered in Eckhardt v. City of Buffalo, 46 N. Y. Supp. 204.

HUMES, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Mary A. Humes against the Manhattan Railway Company and others. A. A. Wheat, for appellants. C. A. Burbank, for respondent. No opinion. Judgment modified by reducing amount awarded for fee damage to $1,250 and rental damage to $800, and, as modified, affirmed, without costs.

HURD, Respondent, v. GERE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Lorenzo D. Hurd against Theodore D. Gere and others. No opinion. Reargument ordered. Case directed to be heard in the Third appellate division. Order settled, and filed with the clerk of this court.

HUSTED, Appellant, v. MOSS, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Peter V. Husted against Octavia A. Moss. L. R. Beckley, for appellant. B. Steinhardt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HUSTED, Respondent, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Emma Husted against Leslie D. Whiting. No opinion. Motion to dismiss appeal granted, with $10 costs and disbursements.

INNES v. MANHATTAN RY. CO. (three cases). DE BALAINE v. SAME. CONNOLLY v. SAME. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Actions by Elizabeth R. Innes, Susan W. Innes, William T. Innes, Mary A. De Balaine, and Ellen M. Connolly against the Manhattan Railway C·mpany. No opinion. Motions granted. See 38 N. Y. Supp. 286.

IRISH, Respondent, v. HORN, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Edward D. Irish against Elizabeth C. Horn. No opinion. Judgment affirmed, with costs. See 32 N. Y. Supp. 455.

In re JENNY. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) In re application of Alexander D. Jenny, as receiver, etc., for a writ of mandamus. No opinion. Order affirmed, with costs. See 44 N. Y. Supp. 84.

JONES et al., Appellants, v. AMERICAN GROCERY CO., Respondent. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Edward B. Jones and another against the American Grocery Company. H. Aplington, for appellants. F. Seymour, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Respondent, v. RICE, Appellant. (City Court of New York, General Term. July 15, 1897.) Action by Ada Jones against John C. Rice. Albert I. Sire, for appellant. Allan M. Stoddard, for respondent.

PER CURIAM. This was a fair question of fact, and determined by a jury. It was fairly presented. The jury believed the plaintiff, and gave her a verdict for the full amount. We do not find any reversible error committed during the trial, and the case is therefore hereby affirmed, with costs. See 43 N. Y. Supp. 491.

KAHN v. SCHERMERHORN. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Aaron Kahn against Antoinette L. Schermerhorn. No opinion. Motion denied, with $10 costs.

KEIBER v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division. First Department. August 4, 1897.) Action by Philip Keiber against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

KELLOGG, Appellant, v. WOOD & PARKER LITHOGRAPH CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Andrew H. Kellogg against Wood & Parker Lithograph Company, Gustav Meiners, and others. J. L. O'Brien, for appellant. R. F. Rabe, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

KENYON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Albert V. Kenyon against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KERNOCHAN v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by J. Frederick Kernochan against the Manhattan Railway Company. No opinion. Motion granted upon defendant giving the stipulations and security prescribed in previous cases.

KIRK, Respondent, v. CITY OF SYRACUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by William B. Kirk against the city of Syracuse and another. No opinion. Judgment affirmed, with costs.

KNOPE, Respondent, v. NUNN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Mary A.

Knope against Joseph Nunn. No opinion. Judgment affirmed, with costs. See 30 N. Y. Supp. 896.

KREIZER v. BENZECRY. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Bernard Kreizer against Benjamin Benzecry. No opinion. Motion granted, with $10 costs.

KRIPPENDORF DITTMAN CO. v. COHN et al. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the Krippendorf Dittman Company against Samuel Cohn and others. No opinion. Motion granted, with $10 costs.

KRUG v. PITASS. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Julius F. Krug against John Pitass. No opinion. Motion for reargument denied. Note: See original order of April 10, 1897. 44 N. Y. Supp. 864.

LA FETRA v. GOODRICH. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Edward B. La Fetra against George G. Goodrich. No opinion. Motion granted, with $10 costs.

LAIDLAW v. SAGE. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by William R. Laidlaw against Russell Sage. No opinion. Motion denied. See 37 N. Y. Supp. 770.

LANDGRAFF, Respondent, v. NICOLL et al., Appellants. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Henry A. Landgraff against Charles H. Nicoll, impleaded, etc. W. C. Timm, for appellants. H. Thompson, for respondent.

PER CURIAM. The order must be reversed on the ground that there is no proof of any authority on the part of the attorneys for the Lloyds Company to represent the defendant Charles H. Nicoll, or to bind him by any contract of insurance. The order should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

LAYCOCK et al., Respondents, v. HOMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Oliver S. Laycock and others against Henry Homer. No opinion. Judgment and order affirmed, with costs.

LENT, Respondent, v. SHEAR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by David D. Lent, as receiver, etc., against Henry D. Shear and others. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., dissenting.

LUCAS, Appellant, v. BERRY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Lydia Lucas against Frank Berry and others. No opinion. Judgment affirmed, with costs.

MABON v. ONGLEY ELECTRIC CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by John S. Mabon, as receiver, against the Ongley Electric Company. No opinion. The appeal from the judgment not having been reached, it cannot be set down for any day. The appeal from the order may be heard with the appeal from the judgment when reached.

McENTEE, Appellant, v. KINGSTON WATER CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Gerard L. McEntee against the Kingston Water Company. No opinion. Judgment affirmed, with costs.

McFARLAND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Peter McFarland against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs. See 41 N. Y. Supp. 525.

FOLLETT, J. (dissenting). At folios 517 and 518 the court charged as follows: "Did he, in making that coupling, because he did make it,—perfected it, the coupling was done,—did he, in getting away his hand from the place where the coupling was made, exercise for his own safety all that reasonable care which an ordinarily prudent and careful man would exercise in his own behalf? What is the test of that? The test is, simply, put yourself in his place. There is no more proper test for you to apply. Every juryman is supposed to be of ordinary degree of perfection of his faculties, of ordinary ability to exercise his faculties, of presence of mind. Let each juryman, then, for himself, in determining this question, put himself exactly in the place of this plaintiff, and say whether, had I, the individual juryman, been there as brakeman, required to make that coupling, would I have done as the plaintiff did; would I have omitted anything which the plaintiff omitted?" To this instruction the defendant excepted. This instruction, I think, was error. The test is not what a person without experience in the business would have done, but what an experienced brakeman, having knowledge of the duties of his service, should have done. The care and diligence required was that which a person skilled in the business should have exercised. Whether the plaintiff exercised due care should have been determined by the jury upon the evidence, and not by allowing them to imagine themselves to have been in the place of the brakeman, and permitting them to determine the question of diligence by what they would have done under the circumstances. Permitting jurymen to imagine themselves in the place of a plaintiff engaged in a service requiring special skill and knowledge, and instructing them that they may determine whether the plaintiff contributed by his negligence to the accident by the test of what they would have